## Vsher ag[t] Vsher

John Vsher plaint. ag[t] Hezekiah Vsher Defend[t] in an action of reveiw of a case tried at the County Court held at Boston. October. 30th 1677. where the s[d] John Vsher obtained judgem[t] ag[t] Hezekiah Vsher forfiture of a bond of Seven thousand pounds, from which Judgem[t] Hez: Vsher appealed perticularly for the non compliance with the articles wherein the s[d] Hez: Vsher is obliged to pay one thousand pound Starling in England. . . . The Jury . . . found for the plaint. forfiture of the bond Seven thousand pounds money and costs of Court: The Defend[t] appealed from this Judgem[t] unto the next Court of Assistants and put in Security for the prosecution thereof to Effect.